UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the SHEET METAL
WORKERS' LOCAL UNION
NO. 80 PENSION TRUST FUND, et al.,

       Plaintiffs,

                                         Case No. 11-CV-15614
v.                                        HON. GEORGE CARAM STEEH

FISHER ROOFING COMPANY,

       Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on plaintiffs' motion for summary judgment, and in accordance with the court's order granting that motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of plaintiffs and against defendant in the amount of $76,756.79.

                                         DAVID J. WEAVER
                                         CLERK OF THE COURT

                                         BY: s/Marcia Beauchemin
                                               DEPUTY COURT CLERK

Dated: July 31, 2012